### 34128.  MILLER *v.* RIEGEL TEXTILE CORPORATION.

SUTTON, C.J.  The law relative to notice to the opposing party or counsel before certification of a bill of exceptions, or a waiver of such notice, or approval of the averments of fact in a bill of exceptions, did not alter or change the requirements under existing law relative to service, waiver of service, or acknowledgment of service of a bill of exceptions, and

no waiver of such service or acknowledgment thereof appearing, this court is without jurisdiction to entertain the writ of error, and the same must be dismissed. Code (Ann. Supp.), § 6-908.1; Code, §§ 6-911, 6-912; Code, § 24-3635 (Rule 35, Court of Appeals); *Godwin* v. *Atlantic Steel Co.*, 82 *Ga. App.* 391 (61 S. E. 2d, 155), and citations; *Strickland Motors Inc.* v. *Hudson*, 84 *Ga. App.* 727 (67 S. E. 2d, 253), and citations.

*Writ of error dismissed. Felton and Worrill, JJ., concur.*

DECIDED JULY 16, 1952.

Bobby Lee Cook, for plaintiff in error.
Matthews, Maddox & Bell, contra.